1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WITHERS
BERGMAN LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAVERN CLUB, LLC (d/b/a LIVERPOOL JEANS, LIVERPOOL DIVISION OF CAVERN CLUB),<br><br>Plaintiff,<br><br>v.<br><br>HAGGAR CLOTHING CO., HAGGAR TRIBAL INC., and RANDA ACCESSORIES LEATHER GOODS, LLC,<br><br>Defendants. | Case No. 2:21-cv-01979-ART-BNW<br><br>**ORDER APPROVING**<br><br>STIPULATION OF DISMISSAL |

**SIPULATION OF DISMISSAL**

Plaintiff Cavern Club LLC (d/b/a Liverpool Jeans, Liverpool Division of Cavern Club) and Defendants Haggar Clothing Co., Haggar Tribal, Inc. and Randa Accessories Leather Goods LLC, by and through their respective counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, together with any and all claims, counterclaims and affirmative defenses, with prejudice. The parties further stipulate that each party shall bear or pay its own costs, expenses and attorneys' fees.

DATED: September 13, 2022    WITHERS BERGMAN LLP

By: _____/s/ Gina Bibby_____
Gina Bibby
Attorneys for Plaintiff
CAVERN CLUB, LLC (d/b/a
LIVERPOOL JEANS, LIVERPOOL
DIVISION OF CAVERN CLUB)

DATED: September 13, 2022    KAPLAN BREYER SCHWARZ, LLP

By: _____/s/ Jeffrey Kaplan_____
Jeffrey Kaplan
Attorneys for Defendants
HAGGAR CLOTHING CO., HAGAR
TRIBAL, INC., and RANDA
ACCESSORIES LEATHER GOODS LLC

SO ORDERED this 14th day of September, 2022.

_____
HON. ANNE R. TRAUM
United States District Judge